No. 739. FEDERAL MARITIME BOARD *v.* ISBRANDTSEN COMPANY, INC., ET AL.; and

No. 740. JAPAN-ATLANTIC AND GULF FREIGHT CONFERENCE ET AL. *v.* UNITED STATES ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Edward D. Ransom* and *Edward Aptaker* for petitioner in No. 739. *James M. Landis, Seymour J. Rubin, Herman Goldman, Elkan Turk, Benjamin Wiener* and *Elkan Turk, Jr.* for petitioners in No. 740. *Solicitor General Rankin* for the United States and the Secretary of Agriculture, and *John J. O'Connor* and *John J. O'Connor, Jr.* for the Isbrandtsen Company, Inc., respondents. Reported below: 99 U. S. App. D. C. 312, 239 F. 2d 933.